UNITED STATES BANKRUTPCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                    Case no: **3:05-BK-01296-JAF**

**MICHAEL JOSEPH CARTER and
PATRICIA ANN CARTER**
              Debtors
_____

## REPORT OF STANDING TRUSTEE

COMES NOW Douglas W. Neway, Chapter 13 Standing Trustee, and hereby shows the Court that:

1. Pursuant to orders of dismissal, orders of conversion, and orders of distribution, total receipts were disbursed for the above named estate. All disbursement checks have cleared the trust account except payments to or intended for **WILSHIRE FINANCIAL SERVICES, C/O JOAN K. BAILEY, P O BOX 8517, PORTLAND, OR 97207-8517, a secured claimant.**

2. More than 90 days have elapsed since the distribution of the final payment. Pursuant to 11 U.S.C. Section 347, a check in the amount of **$1,155.06**, has been forwarded to the Clerk of the Court, Tampa Division, 801 N. Florida Ave., Suite 727, Tampa, Florida 33602-3899 along with a copy of this report. The claimant entitled thereto is as shown above.

Respectfully submitted this 10th day of May, 2010.

                                                                                 /s/ Douglas W. Neway
                                                                                 _____
                                                                                 Douglas W. Neway, Trustee
                                                                                 Post Office Box 4308
                                                                                 Jacksonville, Florida 32201
                                                                                 Phone: (904) 358-6465
                                                                                 Fax: (904) 634-0038